UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

IN RE: LOWER MANHATTAN DISASTER SITE
LITIGATION
----------------------------------------------------------------------------X   07CV01588(AKH)
ANDRZEJ CHOJNOWSKI AND BOZEMA CHOJNOWSKA,

                                  Plaintiffs,

      - against --

                                                   ANSWER

ALAN KASMAN DBA KASCO, ANN TAYLOR STORES
CORPORATION,BATTERY PARK CITY
AUTHORITY, BLACKMON-MOORING-STEAMATIC
CATASTOPHE, INC. D/B/A BMS CAT, BROOKFIELD
FINANCIAL PROPERTIES, INC., BROOKFIELD FINANCIAL
PROPERTIES, LP BROOKFIELD PARTNERS, LP, BROOKFIELD
PROPERTIES CORPORATION, BROOKFIELD PROPERTIES
HOLDINGS INC., ENVIROTECH CLEAN AIR, INC., GPS
ENVIRONMENTAL CONSULTANTS, INC., HILLMAN
ENVIRONMENTAL GROUP, LLC., INDOOR ENVIRONMENTAL
TECHNOLOGY, INC., NOMURA HOLDING AMERICA, INC.,
NOMURA SECURITIES INTERNATIONAL, INC., STRUCTURE
TONE (UK), INC., STRUCTURE TONE GLOBAL SERVICES, INC.,
TOSCORP INC., WESTON SOLUTIONS, INC., WFP TOWER B CO.
G.P. CORP., WFP TOWER B HOLDING CO., LP, AND WFP
TOWER B. CO., L.P., ET AL
                                 Defendants.
-------------------------------------------------------------------------- X

      PLEASE TAKE NOTICE that defendant Envirotech Clean Air Inc. ("Envirotech"), as and for their responses to the allegations set forth in the Complaint by Adoption ("Check-off Complaint") related to the Master Complaint filed in the above-referenced action, hereby adopts Envirotech's Answer to the Master Complaint dated August 3, 2007, which was filed in the matter of *In re World Trade Center Lower Manhattan Disaster Site Litigation,* 21 MC 102 (AKH).

WHEREFORE, the defendant Envirotech demands judgment dismissing the above-captioned action as against each of them, together with costs and disbursements.

Dated: Lake Success, New York
September 14, 2007

Yours, etc.

FRIEDMAN, HARFENIST, LANGER & KRAUT
Attorneys for Defendant –Envirotech
3000 Marcus Avenue, Suite 2E1
Lake Success, New York 11042
(516) 775-5800

BY: _____
Heather L. Smar (4622)