UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

IN RE WORLD TRADE CENTER LOWER  :  21 MC 102 (AKH)
MANHATTAN DISASTER SITE LITIGATION  :

-----------------------------------------------------------------X
ANDRZEJ CHOJNOWSKI AND BOZEMA  :  07-CV-01588-AKH
CHOJNOWSKA,  :

                                 Plaintiffs,  :  **APPEARANCE**

   - against -  :

                             :  **ELECTRONICALLY FILED**
ALAN KASMAN D/B/A KASCO, *et al.*,  :

                              Defendants.  :
-----------------------------------------------------------------X

To the Clerk of this Court and all parties of record:

Enter my appearance as counsel in this case for:

**MERRILL LYNCH & CO., INC.**

I certify that I am admitted to practice in this court.


Dated: New York, New York           DICKSTEIN SHAPIRO LLP
       October 3, 2007

                              By:    /s/ Judith R. Cohen
                                     _____
                                 Judith R. Cohen (JC-8614)
                                 1177 Avenue of the Americas
                                 New York, New York 10036
                                 Phone: (212) 277-6500
                                 Fax: (212) 277-6501

                                 *Attorney for Defendant*
                                 MERRILL LYNCH & CO., INC.

DOCSNY-271412v01