UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

IN RE: LOWER MANHATTAN DISASTER SITE
LITIGATION
-------------------------------------------------------------------------X    07CV01588(AKH)
ANDRZEJ CHOJNOWSKI AND BOZEMA CHOJNOWSKA,

                        Plaintiffs,

- against --

                                                    ANSWER TO
                                                      AMENDED
                                                      COMPLAINT

110 CHURCH LLC,
222 BROADWAY LLC,
53 PARK PLACE LLC,
63 WALL STREET INC,
63 WALL INC,
90 CHURCH STREET LIMITED PARTNERSHIP,
ALAN KASMAN DBA KASCO,
AMBIENT GROUP INC.,
ANN TAYLOR STORES CORPORATION,
BANKERS TRUST CORP,
BANKERS TRUST NEW YORK CORPORATION
BATTERY PARK CITY AUTHORITY,
BELFOR USA GROUP INC,
BLACKMON-MOORING-STEAMATIC
CATASTOPHE, INC. D/B/A BMS CAT,
BOARD OF EDUCATION OF THE CITY OF NEW YORK,
BOARD OF MANAGERS OF THE HUDSON VIEW EAST CONDOMINIUM,
BOSTON PROPERTIES INC.,
BROOKFIELD FINANCIAL PROPERTIES, INC., BROOKFIELD FINANCIAL
PROPERTIES, LP BROOKFIELD PARTNERS, LP, BROOKFIELD
PROPERTIES CORPORATION, BROOKFIELD PROPERTIES
HOLDINGS INC.,
BROWN BROTHERS HARRIMAN & CO., INC.,
CHASE MANHATTAN BANK CORPORATION,
CROWN 61 ASSOCIATES LP,
CROWN 61 CORP,
CROWN BROADWAY LLC,
CROWN PROPERTIES INC,
CUSHMAN & WAKEFIELD INC,
DEPARTMENT OF BUSINESS SERVICES,
DEUTSCHE BANK TRUST COMPANY AMERICAS,
DEUTSCHE BANK TRUST CORPORATION,

ENVIROTECH CLEAN AIR, INC., GPS
ENVIRONMENTAL CONSULTANTS, INC.,
HARRAH'S OPERATING COMPANY, INC.,
HILLMAN ENVIRONMENTAL GROUP, LLC.,
HILTON HOTELS CORPORATION,
HUDSON VIEW EAST CONDOMINIUM,
HUDSON VIEW TOWERS ASSICUATES,
INDOOR ENVIRONMENTAL
TECHNOLOGY, INC.,
JONES LANG LASALLE AMERICAS INC.,
JONES LANG LASALLE SERVICES INC,
KASCO RESTORATION SERVICES CO,
LIONSHEAD 110 DEVELOPMENT LLC,
LIONSHEAD DEVELOPMENT LLC,
MERRILL LYNCH & Co., INC,
NEW YORK CITY SCHOOL CONSTRUCTION AUTHORITY,
NOMURA HOLDING AMERICA, INC.,
NOMURA SECURITIES INTERNATIONAL, INC.,
RY MANAGEMENT CO INC,
RY MANAGEMENT,
SABINE ZERARKA,
STRUCTURE TONE (UK), INC., STRUCTURE TONE GLOBAL SERVICES, INC.,
SWISS BANK CORPORATION,
TISHMAN INTERIORS CORPORATION,
TOSCORP INC.,
TRIBECA LANDING LLC,
WESTON SOLUTIONS, INC., WFP TOWER B CO.
G.P. CORP., WFP TOWER B HOLDING CO., LP, AND WFP
TOWER B. CO., L.P.,
WFP TOWER D CO GP CORP,
WFP TOWER D HOLDING CO I LP,
WFP TOWER D HOLDING CO II LP,
WFP TOWER D HOLDING I GP CORP,
WFP TOWER D CO LP,
ZAR REALTY MANAGEMENT CORP,
ET AL
                                        Defendants.
------------------------------------------------------------------- X

PLEASE TAKE NOTICE that defendant Envirotech Clean Air Inc. ("Envirotech"), as and for their responses to the allegations set forth in the Amended Complaint by Adoption ("Check-off Complaint") related to the Master Complaint filed in the above-referenced action, hereby adopts Envirotech's Answer to the Master Complaint

dated August 3, 2007, which was filed in the matter of *In re World Trade Center Lower Manhattan Disaster Site Litigation,* 21 MC 102 (AKH).

WHEREFORE, the defendant Envirotech demands judgment dismissing the above-captioned action as against each of them, together with costs and disbursements.

Dated: Lake Success, New York
       March 7, 2008

                                  Yours, etc.

                                  FRIEDMAN, HARFENIST, LANGER & KRAUT
                                  Attorneys for Defendant –Envirotech
                                  3000 Marcus Avenue, Suite 2E1
                                  Lake Success, New York 11042
                                  (516) 775-5800

                                  BY: _____
                                           Heather L. Smar (4622)