RUBIN, FIORELLA & FRIEDMAN LLP
292 Madison Avenue - 11th Floor
New York, New York 10017
(212) 953-2381

Attorneys for Defendants
LIONSHEAD 110 DEVELOPMENT, LLC
formerly known as and sued herein as
LIONSHEAD DEVELOPMENT, LLC

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

IN RE:
LOWER MANHATTAN DISASTER SITE
LITIGATION (21 MC 102)
-----------------------------------------------------------------X

ANDRZEJ CHOJNOWSKI (AND WIFE, BOZEMA
CHOJNOWSKI),

      Plaintiffs,

  -against-

110 CHURCH LLC, et al.,

      Defendants.
-----------------------------------------------------------------X

Case No.: 1:21 MC 102 (AKH)

Docket No.: 07 CV 1588

**NOTICE OF ADOPTION
OF ANSWER TO
MASTER COMPLAINT**

**ELECTRONICALLY FILED**

  PLEASE TAKE NOTICE that defendant LIONSHEAD 110 DEVELOPMENT, LLC, formerly known as and sued herein as LIONSHEAD DEVELOPMENT, LLC, by its attorneys RUBIN, FIORELLA & FRIEDMAN LLP, as and for their response to the allegations set forth in the Complaint by Adoption (Check-Off Complaint) Related to the Master Complaint filed in the above-referenced action, hereby adopts its Answer to Master Complaint dated July 31, 2007, which was filed in the matter of *In Re: World Trade Center Lower Manhattan Disaster Site Litigation*, 21 MC 102(AKH).

**WHEREFORE**, the defendant LIONSHEAD 110 DEVELOPMENT, LLC, formerly known as and sued herein as LIONSHEAD DEVELOPMENT, LLC demands judgment dismissing the above-captioned action as against it, together with its costs and disbursements and for such other and further relief as this court deems just and proper.

Dated: New York, New York
      May 12, 2008

                              RUBIN, FIORELLA & FRIEDMAN LLP

By: *Leila Cardo*
       Leila Cardo (LC-8359)
       *Attorneys for Defendant*
       LIONSHEAD 110 DEVELOPMENT, LLC
       formerly known as and sued herein as
       LIONSHEAD DEVELOPMENT, LLC
       292 Madison Avenue - 11th Floor
       New York, New York 10017
       (212) 953-2381
       File No. 344-6879